**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Steven H. Blondheim,** **Civil No. 02-385 (PAM/SRN)**

**Plaintiff,**

**v.**

**STIPULATION OF DISMISSAL**

**County of Olmsted; Olmsted County Sheriff's Dept.; Rochester Police Department, sued as Rocherster City Police Department; Mark Allen; Olmsted County Adult Detention Center; Steven Vonwald; John & Jane Doe, Staff; Peter Huus; Eric Strop; Paul Walech-Roth; and Dr. Lugene Dorr;**

**Defendants.**

The parties hereby stipulate and agree to dismiss the case with prejudice but without costs to any party.

[signature] 7-22-03
Plaintiff: Steven H. Blondheim, pro se

[signature] 7-22-03
Gregory J. Griffiths
Dunlap & Seeger
PO Box 549
Rochester, MN 55903
On behalf of all Defendants

Filed JUL 23 2003
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

IT IS SO ORDERED.

DATED: July 23, 2003.

Judge Paul A. Magnuson
United States District Court Judge