**UNITED STATES DISTRICT COURT** **DISTRICT OF MINNESOTA**

CASE #:0:02-CV-00385-PAM-SRN

RECEIVED
BY MAIL
SEP 26 2005
CLERK, US DIST. COURT
ST. PAUL, MN

STEVEN H. BLONDHEIM,

PLAINTIFF,

V.

**NOTICE OF DISQUALIFICATION OF MAGISTRATE**

OLMSTED COUNTY, et. al.,

RESPONDANT.

RE: Disqualification; magistrate judge Susan R. Nelson

Pursuant to **Title 28 USCS § 455. Disqualification justice, judge or magistrate**

(a) Any justice, judge or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
(b) He shall also disqualify himself in the following circumstances:
(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:
(ii) Is acting as a lawyer in the proceeding;
AND,
Plaintiff requests magistrate Susan Nelson disqualify herself concerning any and all pending and future legal actions concerning plaintiff Steven H. Blondheim due to the magistrates recruitment, July 22, 2003, of courtroom spectator(s) and observer(s) to collude with and aid her in obstructing justice in the instant case;
AND,
Magistrate Nelson became an advocate for Olmsted County, Dunlap & Seeger P.A. et. al. at the "Settlement Hearing" July 22, 2003 where she became a lawyer in the midst of a serious offer of settlement from the County Civil Attorney, recruited another person to persuade plaintiff (that was under the influence of alcohol) to Voluntarily dismiss an action about to be settled legally, in direct contravention of **Title 28 USCS § 453 Oaths of justices and judges.**

Thank you,
Respectfully submitted,

Steven H. Blondheim 189182
1000 Lakeshore Drive
Moose Lake, Mn 55767

September 22, 2005

SCANNED
SEP 26 2005
U.S. DISTRICT COURT ST. PAUL

46

Clerk of Court
U.S. District Court
316 N. Robert Street
St. Paul, Mn 55101

Dear Clerk,

Enclosed please find a "Notice of Disqualification of Magistrate"

please file the notice with the Court.

Thank You,

Steven H. Blondheim

9-22-05

**NOTICE:** Mailed from a MN Correctional Facility
Name: Steven H. Blondheim
OID#: 189182
Address: 1000 Lakeshore Dr.
City/State/Zip: Moose Lake, Mn 55767

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
02 1A
0004397164 SEP 23 2005
MAILED FROM ZIP CODE 55767

Legal Mail

RECEIVED
BY MAIL
SEP 26 2005
CLERK, US DIST. COURT
ST. PAUL, MN

OFFice OF THE Clerk
U.S. District Court
316 N. Robert Street
ST. Paul, Mn 55101

55101+1495-99 C006