Mr. Sletten, Clerk
Office Of The Clerk
U.S. District Court
316 North Robert St.
St. Paul, Mn 55101

RE: :0:02-CV-00385-PAM-SRN

**Dear Clerk Sletten,**

1. I have not received a response to my "Notice of Disqualification" concerning magistrate Nelson.
2. I have received no response from you or any other clerk concerning my repeated requests for a PHYSICAL copy of the above said case, Blondheim v. Olmsted County et. al. :0:02-CV-00385-PAM-SRN.

Will you please furnish me with a copy of the above-mentioned case or state the reason(s) for refusing to do so? IFP status was granted in the case, and, Mr. Elliott has paid for it.

I am preparing a civil action, (hopefully it will not be needed, but just in case) which will be needed, if an adverse response to my MOTION FOR RELIEF is forthcoming. I need said copy to properly address the issues without duplicating those previously brought!

Thank you for your assistance,

Steven H. Blondheim
#189182 Non-Assumpsit/TDC
1000 Lakeshore Dr.
Moose Lake, Mn 55767

Dated: October 24, 2005

Re- SCANNED NOV 02 2005 U.S. DISTRICT COURT ST. PAUL

SCANNED OCT 27 2005 U.S. DISTRICT COURT ST. PAUL

**NOTICE:** Mailed from a MN Correctional Facility
Name: Steven H. Blondheim
OID#: 189182 Non-Assumpsit/TDC
Address: 1000 Lakeshore Dr.
City/State/Zip: Moose Lake, Mn 55767

legal mail

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004397164
$ 00.37⁰
OCT 25 2005
MAILED FROM ZIP CODE 55767

Mr. Sletten, Clerk
OFFice OF THE Clerk
U.S. District Court
316 North Robert St.
St. Paul, Mn 55101

55101#1495