# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| ___ | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| X | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| ___ | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| | | |
|---|---|---|
| **DATE:** 11/3/05 | | **CIVIL FILE NUMBER:** 02-CV-385 (PAM/SRN) |
| **CASE TITLE:** Blondheim v. Olmsted, County of | | |
| | The above entitled action was: ___ removed from county court, ___ transferred from another district, and filed in ___ Minneapolis___ St. Paul ___ Duluth, on ___________, and assigned to Judge ____________________ and to Magistrate Judge ____________________ Please direct future filings to the office indicated at the top of this form. | |
| | The above entitled action was filed in this court on ____________________, and assigned to Judge ___________ and referred to Magistrate Judge ____________________ The file will be maintained at the Clerk's office in the District of Minnesota in ____________ Please note for future reference. cc to: | |
| | Discovery documents are returned pursuant to Federal Rule of Civil Procedure 5(d). | |
| | Your in forma pauperis application was approved. Please complete the enclosed Marshal Service Form(s) (one per defendant) and return to the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the clerk's office. | |
| X | OTHER: | Permission to proceed in forma pauperis (IFP) entitles plaintiff to file an action without payment of filing fees or costs of service of the complaint upon the defendant(s). The order granting IFP status does not waive subsequent costs of filing, copies, or service of additional pleadings. The cost of copies is $.50/page. |

Deputy Clerk: s/Jenny Beck

Jenny Beck