Clerk of Court
c/o Office of the Clerk
316 N. Robert St.
St. Paul, Mn 55101

November 30, 2005

02CV 385 PAM/SRN

Dear Clerk of Court,

I have written you (Clerk Sletten) several times, requesting legal documents. I have NOT received the requested legal material, or any response from you (clerk sletten)!

This should be my last letter to your office from this address as I am due to be released December 19,2005. My MOTION will be mailed to your office tomorrow, December 1, 2005.

Therefore, I am informing you and your office that I am leaving 1000 Lakeshore Dr. / Moose Lake, Mn 55767 on December 19,2005, and, due to the fact it takes five (5) working days to receive mail from the Twin Cities area, I am requesting any and all mail being sent to me on or after December 9, 2005 be sent to my new address as follows; Steven H. Blondheim / 426 2nd Avenue SW # 307 / Rochester, Mn 55902.

Thank you for your assistance,

Steven H. Blondheim
#189182 Non-assumpsit/TDC
1000 Lakeshore Dr.
Moose Lake, Mn 55767

RECEIVED
DEC 07 2005
U.S. DISTRICT COURT ST. PAUL

**NOTICE:** Mailed from a MN Correctional Facility
Name: Steven H. Blondheim
OID#: 189182 Non-assumpsit / T.D.C
Address: 1000 Lakeshore Dr.
City/State/Zip: Moose Lake, MN 55767

UNITED STATES POSTAGE
PITNEY BOWES
02 1A $ 00.37[0]
0004606747 DEC 01 2005
MAILED FROM ZIP CODE 55767

legal mail

RECEIVED
BY MAIL
DEC - 5 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk of Court
% OFFice of the Clerk
U.S. District Court
316 N. Robert St.
St. Paul, MN 55101

55101#1495