# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

| | | |
|---|---|---|
| ___ | U.S. District Court, 700 Federal Building, 316 N. Robert St., St. Paul, MN 55101 | Phone (651) 848-1100 |
| ___ | U.S. District Court, 202 U. S. Courthouse, 300 S. Fourth St., Minneapolis., MN 55415 | Phone (612) 664-5000 |
| X | U.S. District Court, 417 Federal Building, 515 W. First St., Duluth, MN 55802 | Phone (218) 529-3500 |
| ___ | U.S. District Court, 212 U. S. Post Office, 118 South Mill St., Fergus Falls, MN 56537 | Phone (218) 739-5758 |

| | |
|---|---|
| **DATE:** December 9, 2005 | **CIVIL FILE NUMBER:** 02-CV-385 (PAM/SRN) |
| **CASE TITLE:** Blondheim v. Olmsted, County of, et al | |
| OTHER: | Your address has been changed in our records per your letter dated 11/30/05.<br><br>Permission to proceed in forma pauperis (IFP) entitles plaintiff to file an action without payment of filing fees or costs of service of the complaint upon the defendant(s). The order granting IFP status does not waive subsequent costs of filing, copies, or service of additional pleadings. The cost of copies is $.50/page.<br><br>I am also enclosing a courtesy copy of the Clerk's office response to your previous copy request (dated 10/24/05), which was mailed to you on 11/3/05. |

Deputy Clerk: s/Jenny

Jenny